UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20323-CR-ALTONAGA

**UNITED STATES OF AMERICA**

v.

**BARRY KAPLOWITZ, et al.,**

      **Defendants.**
_____/

**EXHIBIT LIST OF THE UNITED STATES**

The United States of America, through undersigned counsel, hereby files the following updated Exhibit List.

         Respectfully submitted,

         WIFREDO A. FERRER
         UNITED STATES ATTORNEY

By:   /s/ Nicholas Surmacz
         Trial Attorney
         United States Department of Justice
         Criminal Division, Fraud Section
         1400 New York Avenue, N.W.
         Washington, D.C. 20005
         Phone: (202) 445-9467
         Nicholas.Surmacz@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

       v.                                **GOVERNMENT EXHIBIT LIST**

BARRY KAPLOWITZ, et. al.              CASE NUMBER: 14-20323-CR ALTONAGA

| PRESIDING JUDGE | | | | | GOVERNMENT'S ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|---|---|---|---|
| The Honorable Cecilia M. Altonaga | | | | | Nicholas E. Surmacz, Andrew H. Warren, L. Rush Atkinson | Joel Hirschhorn, Brian H. Bieber, Martin A. Feigenbaum, Marshall Dore Louis |
| TRIAL DATE | | | | | COURT REPORTER | COURTROOM DEPUTY |
| January 12, 2015 | | | | | Stephanie McCarn | Patricia Snead |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| **GX 2A** | | | | | October 15, 2010 Remittance Advice | |
| **GX 2B** | | | | | Bank Atlantic Account Ending x9796 October 2010 Bank Statement | |
| **GX 2C** | | | | | Roderick Leonard Patient File (1) | |
| **GX 3A** | | | | | February 18, 2011 Remittance Advice | |
| **GX 3B** | | | | | Bank Atlantic Account Ending x9796 February 2011 Bank Statement | |
| **GX 3C** | | | | | Janet Brandaniz Patient File | |
| **GX 4** | | | | | May 5, 2010 Email with Attachment from Melvin Hunter re HP Monthly Reports | |
| **GX 5** | | | | | June 18, 2012 Email & Attachment from Melvin Hunter re Reports | |
| **GX 6A** | | | | | Lance Bigg Patient File | |
| **GX 6B** | | | | | Summary Chart | |
| **GX 7A** | | | | | Thomas Padden Patient File | |
| **GX 7B** | | | | | Summary Chart | |
| **GX 8A** | | | | | Curtis Bennett Patient File | |
| **GX 8B** | | | | | Curtis Bennett Certification and Admission Order | |
| **GX 9A** | | | | | Check #15172 from Hollywood Pavilion Bank Atlantic | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | Account Ending x9796 to Angels Outreach, LLC |
| GX 9B |  |  |  |  | Check #15280 from Hollywood Pavilion Bank Atlantic Account Ending x9796 to Angels Outreach, LLC |
| GX 10 |  |  |  |  | Hollywood Pavilion ADP Payments to Gloria Himmons from March 2010-June 2010 |
| GX 11 |  |  |  |  | Hollywood Pavilion ADP Payments to Gloria Himmons from January 2011-March 2011 |
| GX 21 |  |  |  |  | HP Medicare Enrollment Documents |
| GX 22 |  |  |  |  | Inpatient LCDs |
| GX 23 |  |  |  |  | Medicare Benefit Policy Manual |
| GX 24 |  |  |  |  | Hollywood Pavilion Medicare Claims Data |
| GX 25 |  |  |  |  | Grabois, Pravder, Kaplowitz and Associates Revalidation of Medicare Application |
| GX 26 |  |  |  |  | Kaplowitz Medicare Part B Claims Data |
| GX 27 |  |  |  |  | Medicare General Information, Eligibility and Entitlement – Chapter 5 |
| GX 28 |  |  |  |  | Grabois, Pravder, Kaplowitz and Associates Initial Medicare Application |
| GX 30 |  |  |  |  | ADP Records |
| GX 31 |  |  |  |  | Bank Atlantic/BB&T Bank Account Ending x9796 |
| GX 32 |  |  |  |  | Wachovia/Wells Fargo Bank Account Ending x6121 |
| GX 33 |  |  |  |  | Bank Atlantic/BB&T Bank Account Ending x5008 |
| GX 34 |  |  |  |  | Bank Atlantic/BB&T Bank Account Ending x5024 |
| GX 35 |  |  |  |  | Bank Atlantic/BB&T Bank Account Ending x9788 |
| GX 36 |  |  |  |  | Wachovia/Wells Fargo Bank Account Ending x8379 |
| GX 37 |  |  |  |  | Wachovia/Wells Fargo Bank Account Ending x1234 |
| GX 38 |  |  |  |  | Bank Atlantic/BB&T Bank Account Ending x5016 |
| GX 39 |  |  |  |  | Kaplowitz City National Bank Account Ending x4025 |
| GX 40 |  |  |  |  | Kaplowitz City National Bank Account Ending x0567 |
| GX 41 |  |  |  |  | Kaplowitz City National Bank Account Ending x6565 |
| GX 42 |  |  |  |  | Delray Family Practice, Inc. Colonial Bank Account Ending x9971 |
| GX 43 |  |  |  |  | Checks from Kimberly Palazzolo/Delray Family Practice to Barry Kaplowitz |
| GX 44 |  |  |  |  | Checks from Kimberly Palazzolo/Delray Family Practice to Alan Gumer |

| | | | | | |
|---|---|---|---|---|---|
| **GX 45** | | | | | Checks from Hollywood Pavilion to Angels Outreach |
| **GX 46** | | | | | Checks from Hollywood Pavilion to Keith Humes/T.E.A.M. Placement Consulting |
| **GX 47** | | | | | Checks from Hollywood Pavilion to Jean-Luc Veraguas/Neu Ways, Inc. |
| **GX 48** | | | | | Checks from Hollywood Pavilion to Mathis Moore/7th Avenue Recovery |
| **GX 51** | | | | | Photograph of Dr. Alan Gumer |
| **GX 52** | | | | | Photograph of Keith Humes |
| **GX 53** | | | | | Photograph of Jean Luc Veraguas |
| **GX 54** | | | | | Photograph of Mathis Moore |
| **GX 55** | | | | | Photograph of Wyatt Barnfield |
| **GX 56** | | | | | Photograph of Curtis Gates |
| **GX 57** | | | | | Photograph of Michele Petrie |
| **GX 58** | | | | | Photograph of Gloria Himmons |
| **GX 59** | | | | | Photograph of Christopher Gabel |
| **GX 79** | | | | | Law Enforcement Photos of Hollywood Pavilion Inpatient Facility |
| **GX 80** | | | | | Law Enforcement Photos of Hollywood Pavilion Intensive Outpatient Facility |
| **GX 81** | | | | | Law Enforcement Photos of Hollywood Hills |
| **GX 108** | | | | | March 2004 Angels Outreach Contract |
| **GX 109** | | | | | July 2005 Angels Outreach Contract |
| **GX 110** | | | | | Tiffany Foster Car Lease Agreement |
| **GX 111** | | | | | Tiffany Coleman Car Lease Documents |
| **GX 112** | | | | | Tiffany Coleman/Angels Outreach Invoices |
| **GX 113** | | | | | Various Receipts Associated with Angels Outreach |
| **GX 114** | | | | | March 16, 2004 Fax from Tiffany Coleman |
| **GX 116** | | | | | August 27, 2004 Fax from Tiffany Coleman |
| **GX 117** | | | | | Tiffany Coleman Report |
| **GX 118** | | | | | September 13, 2005 Tiffany Coleman Resignation Letter |
| **GX 120** | | | | | August 2008 Emails to Tiffany Smith |
| **GX 121** | | | | | Tiffany Coleman Colorado University PhD Diploma |

| | | | | | |
|---|---|---|---|---|---|
| **GX 122** | | | | | Colorado State University Diploma Sample |
| **GX 142** | | | | | Various 1099s |
| **GX 145** | | | | | Gloria Himmons Timesheets |
| **GX 160** | | | | | October 7, 2003 Memo to Michele Petrie |
| **GX 178** | | | | | January 31, 2008 Email to Mark Smith |
| **GX 179** | | | | | IOP Admissions Keith Humes August 2005- September 2008 |
| **GX 182** | | | | | HP Duties of a Physician Document |
| **GX 183** | | | | | Medical Staff By-Laws of Hollywood Pavilion |
| **GX 197** | | | | | October 21, 2010 Miami Herald Article |
| **GX 200** | | | | | Handwritten Keith Humes IOP Referrals 2005-2008 |
| **GX 201** | | | | | 2007 IOP Admissions Lists |
| **GX 202** | | | | | February 26, 2011 Miami Herald Article |
| **GX 203** | | | | | Dr. Gumer Folder |
| **GX 204** | | | | | Gloria Himmons Invoices (2010-2012) |
| **GX 205** | | | | | 2007 IOP Admissions Referral Source Report |
| **GX 212** | | | | | HP Incident Report – Gary Maylin |
| **GX 213** | | | | | HP Incident Report – Abdul Mallik & Horce Raulerson |
| **GX 214** | | | | | HP Incident Report – Julie Crafts |
| **GX 215** | | | | | HP Incident Report – Kimberley Dixon |
| **GX 216** | | | | | HP Incident Report – Kristin Lundstrum |
| **GX 218** | | | | | HP Patient Register (1 of 3 – Hardbound Book) |
| **GX 219** | | | | | HP Patient Register (2 of 3 – Hardbound Book) |
| **GX 220** | | | | | HP Patient Register (3 of 3 – Hardbound Book) |
| **GX 230** | | | | | Medicare Billing Overview |
| **GX 231** | | | | | Important Numbers |
| **GX 232** | | | | | August 24, 2005 Case Management Contract Keith Humes |
| **GX 233** | | | | | September 1, 2006 Marketing Agreement T.E.A.M. Placement Consulting |
| **GX 234** | | | | | June 1, 2008 Marketing Agreement T.E.A.M. Placement Consulting |

| | | | | | |
|---|---|---|---|---|---|
| **GX 235** | | | | | HP Payment Receipts for Keith Humes/ T.E.A.M. Placement Consulting |
| **GX 236** | | | | | Keith Humes/T.E.A.M. Placement Consulting Invoices |
| **GX 239** | | | | | June 1, 2005 Case Management Agreement Jean-Luc Veraguas |
| **GX 240** | | | | | HP Payment Receipts for Jean-Luc Veraguas/Neu Ways, Inc. |
| **GX 241** | | | | | Jean-Luc Veraguas/Neu Ways, Inc. Invoices |
| **GX 242** | | | | | January 14, 2008 Marketing Agreement Mathis Moore |
| **GX 243** | | | | | Mathis Moore/7th Avenue Recovery Invoices |
| **GX 244** | | | | | July 2005 Marketing and Assessment Agreement Angels Outreach |
| **GX 245** | | | | | HP Payment Receipts for Angels Outreach |
| **GX 246** | | | | | Angels Outreach Invoices |
| **GX 247** | | | | | November 21, 2003 Letter to Christian Coloma |
| **GX 248** | | | | | July 2004 Monthly Referral Sheet |
| **GX 249** | | | | | Tiffany Foster Patient List |
| **GX 253** | | | | | February 2004 Contract between Angels Outreach and Gloria Himmons |
| **GX 257** | | | | | Various Hollywood Pavilion Policies |
| **GX 258** | | | | | Hollywood Pavilion Personnel Handbook |
| **GX 259** | | | | | November 2, 2006 Medical Director Agreement Dr. Alan Gumer |
| **GX 264** | | | | | Inpatient Emtala Reports |
| **GX 265** | | | | | IOP Emtala Reports |
| **GX 266** | | | | | IOP Admissions Lists 2005-2011 |
| **GX 274** | | | | | Hollywood Pavilion Inpatient Contact Numbers |
| **GX 283** | | | | | Various Hollywood Pavilion IOP Admissions Logs |
| **GX 284** | | | | | Barry Kaplowitz Travel Records |
| **GX 400** | | | | | Ayala, Gonzalo – Patient File |
| **GX 401** | | | | | Brooks, Joel – Patient File (1) |
| **GX 402** | | | | | Brooks, Joel – Patient File (2) |
| **GX 403** | | | | | Calton, Jeremy – Patient File |
| **GX 404** | | | | | Cianciaruso, Gina – Patient File |

| | | | | | |
|---|---|---|---|---|---|
| **GX 405** | | | | | Clark, Donna – Patient File |
| **GX 406** | | | | | Dixon, Kimberly – Patient File |
| **GX 407** | | | | | Dunaway, Teressa – Patient File |
| **GX 408** | | | | | East, Alex – Patient File |
| **GX 409** | | | | | Gallinatti, Terese – Patient File |
| **GX 410** | | | | | Hoffman, Mitchell – Patient File |
| **GX 411** | | | | | Johnson, William – Patient File |
| **GX 412** | | | | | Klinger, Todd – Patient File (1) |
| **GX 413** | | | | | Klinger, Todd – Patient File (2) |
| **GX 414** | | | | | Leonard, Roderick – Patient File (2) |
| **GX 415** | | | | | Morgan, Scott – Patient File |
| **GX 416** | | | | | Nelson, Scott – Patient File |
| **GX 417** | | | | | Padden, Thomas – Patient File |
| **GX 418** | | | | | Rainey, Hiram – Patient File |
| **GX 419** | | | | | Richburg, Jonathan – Patient File |
| **GX 420** | | | | | Royster, Stanley – Patient File |
| **GX 421** | | | | | Siegel, Steven – Patient File |
| **GX 422** | | | | | Tinsley, Caitlin – Patient File |
| **GX 423** | | | | | Tyus, Troy – Patient File |
| **GX 437** | | | | | Edmonson, Nathaniel – Patient File |
| **GX 439** | | | | | Graham, Kenneth – Patient File |
| **GX 441** | | | | | Hilbert, Glenn – Patient File |
| **GX 444** | | | | | Johnson, Darnell – Patient File |
| **GX 447** | | | | | Konrad, Elizabeth – Patient File |
| **GX 449** | | | | | Laudao, Kenneth – Patient File |
| **GX 451** | | | | | Linares, Alexander – Patient File |
| **GX 452** | | | | | Marchese, James – Patient File |
| **GX 453** | | | | | Moldoff, James – Patient File |
| **GX 465** | | | | | Collier, Charles – Patient File |
| **GX 466** | | | | | McCullouch, Henry – Patient File |

| | | | | | |
|---|---|---|---|---|---|
| **GX 467** | | | | | Funderburk, Margielene – Patient File |
| **GX 468** | | | | | Holmes, Silvia – Patient File |
| **GX 469** | | | | | Dudley, Steven – Patient File |
| **GX 470** | | | | | Cook, Henry – Patient File |
| **GX 471** | | | | | Tolbert, Kim – Patient File |
| **GX 472** | | | | | Thomas, Kenny – Patient File |
| **GX 473** | | | | | Green, Clifford – Patient File |
| **GX 474** | | | | | Jackson, Shawaren – Patient File |
| **GX 475** | | | | | Rodgers, Floyd – Patient File |
| **GX 476** | | | | | Johnson, Darnell – Patient File (1) |
| **GX 477** | | | | | Johnson, Darnell – Patient File (2) |
| **GX 478** | | | | | Gilbert, Allison – Patient File |
| **GX 479** | | | | | Wolfe, Carol – Patient File |
| **GX 480** | | | | | Collins, William – Patient File |
| **GX 481** | | | | | Beberg, Renee – Patient File |
| **GX 482** | | | | | Kavanaugh, Barbi – Patient File |
| **GX 483** | | | | | Graham, Kenneth – Patient File |
| **GX 484** | | | | | Yogtiba, Mark – Patient File |
| **GX 485** | | | | | Shakir, Brynt – Patient File |
| **GX 486** | | | | | Heuer, Carol – Patent File |
| **GX 487** | | | | | Andrews, Lauren – Patient File |
| **GX 488** | | | | | Schwedoch, Nicole – Patent File |
| **GX 501** | | | | | December 2, 2008 Email from Elisa Valero |
| **GX 504** | | | | | June 10, 2010 Email from Melvin Hunter |
| **GX 507** | | | | | October 7, 2011 Email from Melvin Hunter re Reports |
| **GX 509** | | | | | February 16, 2012 Email from Melvin Hunter re January 2012 Monthly Report |
| **GX 510** | | | | | February 16, 2012 Email from Melvin Hunter re December 2011 Monthly Report |
| **GX 513** | | | | | June 21, 2012 Email from Aaronsima@aol.com |
| **GX 569** | | | | | Angels Outreach Invoice – Aug. 2004 |

| | | | | | |
|---|---|---|---|---|---|
| **GX 571** | | | | | Angels Outreach Continuous Quality Improvement Plan (Admin Policy #8) |
| **GX 572** | | | | | Memo to Curtis Gates re Update List of Clients thru Dec. 19th |
| **GX 573** | | | | | Memo to Dan Young re Status with Southeast Business Dev. |
| **GX 574** | | | | | Memo to Dan Young re Update |
| **GX 575** | | | | | Letter to Curtis Gates with Patient Names |
| **GX 583** | | | | | Census Report for Angels Outreach |
| **GX 584** | | | | | HP Inpatient Census Reports:  2004 (April start date) |
| **GX 585** | | | | | HP Inpatient Census Reports:  2005 |
| **GX 586** | | | | | HP Inpatient Census Reports:  2006 |
| **GX 587** | | | | | HP Inpatient Census Reports:  2007 |
| **GX 588** | | | | | HP Inpatient Census Reports:  2008 |
| **GX 589** | | | | | HP Inpatient Census Reports:  2009 |
| **GX 590** | | | | | HP Inpatient Census Reports:  2010 |
| **GX 591** | | | | | HP Inpatient Census Reports:  2011 |
| **GX 592** | | | | | HP Inpatient Census Reports:  2012 |
| **GX 593** | | | | | HP IOP Census Reports:  2004 |
| **GX 594** | | | | | HP IOP Census Reports:  2005 |
| **GX 595** | | | | | HP IOP Census Reports:  2006 |
| **GX 596** | | | | | HP IOP Census Reports:  2007 |
| **GX 597** | | | | | HP IOP Census Reports:  2008 (January-October) |
| **GX 598** | | | | | HP IOP Census Reports:  2008 (November-December) |
| **GX 599** | | | | | HP IOP Census Reports:  2009 |
| **GX 700** | | | | | Wyatt Barnfield Plea Agreement |
| **GX 702** | | | | | Curtis Gates Plea Agreement |
| **GX 703** | | | | | Alan Gumer Plea Agreement |
| **GX 704** | | | | | Keith Humes Plea Agreement |
| **GX 705** | | | | | Mathis Moore Plea Agreement |
| **GX 706** | | | | | Jean-Luc Veraguas Plea Agreement |
| **GX 707** | | | | | Gloria Himmons Plea Agreement |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **GX 708** |  |  |  |  | Christopher Gabel Plea Agreement |
| **GX 1000** |  |  |  |  | Summary Charts |

## **CERTIFICATE OF SERVICE**

      I, Nicholas E. Surmacz, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

      By:   /s/ Nicholas E. Surmacz
           Nicholas E. Surmacz
           Florida Special Bar No. A5501939
           Trial Attorney
           United States Department of Justice
           Criminal Division, Fraud Section
           1400 New York Ave., NW
           Washington, DC 20005
           Tel: (202) 445-9467
           Email: nicholas.surmacz@usdoj.gov

Dated:   January 12, 2015