UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 14-20323-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MELVIN HUNTER**,

    Defendant.

_____/

## JUDGMENT OF ACQUITTAL

The Defendant, Melvin Hunter, having come before the Court for trial and the jury having rendered a verdict of not guilty as to Counts 1, 4, 5, 9, 10, and 11 of the Superseding Indictment, it is hereby

**ORDERED AND ADJUDGED** that a Judgment of Acquittal is entered herein as to the Defendant, Melvin Hunter.

**DONE AND ORDERED** in Miami, Florida, this 19th day of February, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record